| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Foundry Ventures, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-4495600** |
| **4.** | **Debtor's address** | **Principal place of business**  **5307 E Mockingbird Lane**  **Suite 500**  **Dallas, TX 75206**  Number, Street, City, State & ZIP Code  **Dallas**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Foundry Ventures, Inc.**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Foundry Ventures, Inc.**    Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.  Insurance agency _____
              Contact name _____
              Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | | |
|---|---|---|
| Debtor | **Foundry Ventures, Inc.** | Case number (*if known*) |
| | Name | |

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July  2, 2018**
　　　　　　　　MM / DD / YYYY

X **/s/ Barry Capece**　　　　　　　　　　　　　　**Barry Capece**
Signature of authorized representative of debtor　　Printed name

Title   **CEO**

**18. Signature of attorney**

X **/s/ Eric A. Liepins**　　　　　　　　　　　　　Date **July  2, 2018**
Signature of attorney for debtor　　　　　　　　　　　　MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12270 Coit Road**
**Suite 100**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone  **972-991-5591**　　Email address  **eric@ealpc.com**

**12338110 TX**
Bar number and State

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 4

Fill in this information to identify the case:
Debtor name: **Foundry Ventures, Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Antwane Owens**<br>Kenneth Hickox,<br>Gardner Haas<br>2501 Harwood Street, Suite 1250<br>Dallas, TX 75201 | | | | | | $35,465.00 |
| **Barry Rosenberg**<br>Waranch<br>5720 LBJ Freeway, Suite 180<br>Dallas, TX 75240 | | | | | | $63,306.00 |
| **Bed Investments**<br>Barry Dull<br>3436 High Vista Dr.<br>Dallas, TX 75234 | | | | | | $100,000.00 |
| **Bock Untemehmunge LLC** | | | | | | $50,000.00 |
| **Chris Paskowski**<br>4537 Black Horse Rd.<br>Norman, OK 73072 | | | | | | $80,616.00 |
| **Coeval Sudios**<br>154 Leslie St.<br>Dallas, TX 75207 | | | | | | $100,000.00 |
| **Craig and Annette Leslie**<br>6810 DeLoache Ave<br>Dallas, TX 75225 | | | | | | $47,297.00 |
| **Craig Hardy**<br>Central Expressway, #1170<br>Dallas, TX 75204 | | | | | | $34,364.00 |
| **David Dzina**<br>9641 Spring Branch Dr.<br>Dallas, TX 75238 | | | | | | $160,644.00 |

Debtor **Foundry Ventures, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Hoopes Ventures**<br>**1700 Cedar Springs Rd., 2103**<br>**Dallas, TX 75202** | | | | | | $30,540.00 |
| **Houston Clark/George Clark/Todd Austin**<br>**1407 Main St. Unit 1108**<br>**Dallas, TX 75202** | | | | | | $35,780.00 |
| **Jason Liu**<br>**1721 Arena Dr.**<br>**Plano, TX 75025** | | | | | | $160,826.00 |
| **Jeffrey Mathews**<br>**16 Canyon Crest Court**<br>**Frisco, TX 75034** | | | | | | $34,593.00 |
| **Keith Koop**<br>**14953 Oaks North Dr.**<br>**Dallas, TX 75254** | | | | | | $63,306.25 |
| **Matt Evans**<br>**15444 W. 51st PL**<br>**Golden, CO 80403** | | | | | | $89,717.00 |
| **Mutual Capitol Alliance/ Rick Sapio**<br>**700 North Pearl St., Suite 910**<br>**Dallas, TX 75201** | | | | | | $100,000.00 |
| **Steve young**<br>**7668 Youngfield St.**<br>**Arvada, CO 80005** | | | | | | $96,530.14 |
| **Tom Sutherland**<br>**8066 Park Lane 1902**<br>**Dallas, TX 75231** | | | | | | $130,701.00 |
| **Wade Chessman**<br>**6649 Longfellow Dr.**<br>**Dallas, TX 75230** | | | | | | $37,297.00 |
| **Xin Wang**<br>**2513 Las Palmans Ln**<br>**Plano, TX 75075** | | | | | | $38,216.00 |

Allison Burum
10500 Stone Falls Ln
Frisco, TX 75035


Antwane Owens
Kenneth Hickox, Gardner Haas
2501 Harwood Street, Suite 1250
Dallas, TX 75201


Barry Rosenberg Waranch
5720 LBJ Freeway, Suite 180
Dallas, TX 75240


Bed Investments
Barry Dull
3436 High Vista Dr.
Dallas, TX 75234


Bob Sinnott
6441 Westlake Ave.
Dallas, TX 75214


Bobby and Tami Lindamood
4913 Jim Mitchell Trail Wes
Colleyville, TX 76034


Bock Unternehmunge LLC


Bret Kidd
1616 Welford Ln.
Southlake, TX 76092


Bruce R. Shaw
6111 Lavendale Ave.
Dallas, TX 75230

Cary Doughtery/Sunwest Trust
as custodian for Jeffrey Mathews
PO Box 36371
FL 34593

CC Growth Partners
1604 Leeward Ln
Plano, TX 75093

Chris Paskowski
4537 Black Horse Rd.
Norman, OK 73072

Coeval Sudios
154 Leslie St.
Dallas, TX 75207

Craig and Annette Leslie
6810 DeLoache Ave
Dallas, TX 75225

Craig Hardy
Central Expressway, #1170
Dallas, TX 75204

Daniel Satterwhite
270 Lafayette St., Suite 409
New York, NY 10012

David Dzina
9641 Spring Branch Dr.
Dallas, TX 75238

Hoopes Ventures
1700 Cedar Springs Rd., 2103
Dallas, TX 75202

```
Houston Clark/George Clark/Todd Austin
1407 Main St. Unit 1108
Dallas, TX 75202


Houston St. Capital



Jason Liu
1721 Arena Dr.
Plano, TX 75025


Jeffrey Mathews
16 Canyon Crest Court
Frisco, TX 75034


JM construction
5015 N. Central Expressway
Dallas, TX 75205


Jon Goodwin
7711 Turnberrry Inc.
Dallas, TX 75248


Keith Koop
14953 Oaks North Dr.
Dallas, TX 75254


Leigh Ann Dull
3703 Walnut St.
Kansas City, MO 64114


Matt Evans
15444 W. 51st PL
Golden, CO 80403
```

Mike Walker

Mutual Capitol Alliance/ Rick Sapio
700 North Pearl St., Suite 910
Dallas, TX 75201

Steve young
7668 Youngfield St.
Arvada, CO 80005

Susan MacLaughlin
554 Reed Drive
Rockwall, TX 75087

Thomas Klaber
270 Lafayette St., Suite 409
New York, NY 10012

Tom Sutherland
8066 Park Lane 1902
Dallas, TX 75231

Tony Long

Wade Chessman
6649 Longfellow Dr.
Dallas, TX 75230

Xin Wang
2513 Las Palmans Ln
Plano, TX 75075